# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST, et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>F.A.S.T. SYSTEMS, INC., et al.,<br><br>Defendant(s). | 2:12-CV-148 JCM (CWH) |

## AMENDED ORDER

Presently before the court is plaintiffs Trustees of the Electrical Workers Health and Welfare Trust, *et al.*'s motion to stay proceedings. (Doc. # 19). The motion seeks to stay proceedings as to defendant F.A.S.T. Systems, Inc. pursuant to 11 U.S.C. § 362(a).

On January 27, 2012, plaintiffs filed a complaint against defendants F.A.S.T. Systems, Inc. and Fidelity and Deposit Company of Maryland. (Doc. # 1). The complaint seeks delinquent contributions, costs, attorneys' fees, interest and liquidated damages required by the Employee Retirement Income Security Act of 1974 (ERISA), a collective bargaining agreement, and trust agreements. On August 17, 2012, F.A.S.T. Systems filed for Chapter 7 Bankruptcy and on September 5, 2012, F.A.S.T. Systems filed a notice of bankruptcy with this court. (Doc. # 18). On September 17, 2012, plaintiffs filed the instant motion to stay proceedings only as to F.A.S.T. Systems.

**James C. Mahan**
**U.S. District Judge**

"The filing of a petition for bankruptcy operates as an automatic stay of the commencement or continuation of any action against a bankrupt debtor or against the property of a bankrupt estate." *United States v. Dos Cabezas Corp.*, 995 F.2d 1486, 1491; *see also* 11 U.S.C. § 362(a). On September 5, 2012, F.A.S.T. Systems filed a notice of bankruptcy in this court. The filing of this notice is sufficient to stay proceedings as to the debtor-defendant. Thus, proceedings against F.A.S.T. Sytems have been stayed since September 5, 2012.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiffs Trustees of the Electrical Workers Health and Welfare Trust*, et al.*'s motion to stay proceedings (doc. # 19) be, and the same hereby is, DENIED AS MOOT.

DATED September 25, 2012.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -